**Denied and Opinion Filed October 2, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01151-CV

## IN RE CARR ENGINEERING INC., Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03126**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court are relator's October 1, 2024 petition for writ of mandamus and September 30, 2024 emergency motion for temporary relief. In its petition, relator challenges the trial court's June 6, 2024 order denying relator's motion to quash and motion for protection from a subpoena it had received a month prior compelling nonparty discovery. In its emergency motion, relator seeks to stay all trial court proceedings, including an October 3, 2024 hearing on a motion for contempt against relator for failure to comply with the subpoena, pending our action on the petition.

"[A] relator who unduly or unreasonably delays filing a petition for mandamus relief may waive its right to such relief unless the delay is justified." *In re Am. Airlines, Inc.*, 634 S.W.3d 38, 43 (Tex. 2021) (orig. proceeding) (per curiam); *see also, e.g.*, *In re Auto Club Cnty. Mut. Ins. Co.*, No. 05-24-00960-CV, 2024 WL 4223702, at *1 (Tex. App.—Dallas Sept. 18, 2024, orig. proceeding) (mem. op.) (mandamus relief barred after an unjustified delay of nearly three and a half months and filing less than six weeks before trial); *In re Wages & White Lion Invs., LLC*, No. 05-21-00650-CV, 2021 WL 3276875, at *1 (Tex. App.—Dallas July 30, 2021, orig. proceeding) (mem. op.) (mandamus relief barred after an unexplained delay of four and a half months after oral ruling and three months after written order).

After reviewing relator's petition and the record before us, we conclude that relator waived any right to mandamus relief from the challenged order by filing its mandamus petition after an unexplained delay of nearly four months and on the eve of a hearing on a motion for contempt against relator for failing to comply with the subpoena upheld by the challenged order. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny as moot relator's emergency motion for temporary relief.

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS
JUSTICE

241151F.P05

–2–